IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JIMMIE HUBBARD, ) | |
| ) | Case No. 4:05-CV-00029 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | By: Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |
| ) | |

Before me is the *Report and Recommendation* [17] of the United States Magistrate Judge and the Commissioner's *Objections to the Report and Recommendation* [18]. For the reasons stated in the accompanying *Memorandum Opinion*, it is hereby **ORDERED** that the Magistrate Judge's *Report and Recommendation* is **REJECTED** and the Commissioner's *Objections* are **SUSTAINED**. The Commissioner's final decision denying the Plaintiff's claim for benefits is therefore **affirmed,** and judgment is **granted** for the Defendant. This case is hereby **dismissed** from the docket of this Court.

The Clerk is directed to send certified copies of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 26th day of September, 2006.

s/Jackson L. Kiser
Senior United States District Judge